SUSAN HEANEY HILDEN, ESQ., Bar # 5358
LITTLER MENDELSON, P.C.
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
Telephone:    775.348.4888
Fax No.:       775.786.0127

Attorneys for Defendant
DESERT PALACE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CELESTE WARA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORPORATION DBA COLOR-A SALON BY MICHAEL BOYCHUCK; and DOES I through X and ROE CORPORATIONS I through X,<br><br>                    Defendants. | Case No. 2:13-cv-01272-GMN-GWF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED between Plaintiff Celeste Wara, and Defendant Desert Palace, Inc. ("Defendant") -- incorrectly named as "Caesars Entertainment Corporation dba Color-A Salon By Michael Boychuck" -- by and through their designated counsel of record, that this case and each and every cause of action be dismissed in its entirety against Defendant, with prejudice,

///

///

///

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888

Firmwide:124179522.1 013234.2440

with each party to bear its own attorneys' fees and costs.

Dated:  November 15, 2013          November 15, 2013

_____/s/_____         _____/s/_____
JAMES J. LEE, ESQ.          SUSAN HEANEY HILDEN, ESQ.
JOHN PETER LEE, LTD.       LITTLER MENDELSON, P.C.

Attorneys for Plaintiff        Attorneys for Defendant
CELESTE WARA          DESERT PALACE, INC.

## ORDER

**IT IS SO ORDERED** this 15th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888

Firmwide:124179522.1 013234.2440