| | |
|---|---|
| 1 | SUSAN HEANEY HILDEN, ESQ., Bar # 5358 |
| | LITTLER MENDELSON, P.C. |
| 2 | 50 West Liberty Street |
| | Suite 400 |
| 3 | Reno, NV  89501.1944 |
| | Telephone:     775.348.4888 |
| 4 | Fax No.:         775.786.0127 |
| 5 | Attorneys for Defendant |
| | DESERT PALACE, INC. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CELESTE WARA, | |
| Plaintiff, | Case No. 2:13-cv-01272-GMN-GWF |
| vs. | |
| CAESARS ENTERTAINMENT CORPORATION DBA COLOR-A SALON BY MICHAEL BOYCHUCK; and DOES I through X and ROE CORPORATIONS I through X, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff Celeste Wara, and Defendant Desert Palace, Inc. ("Defendant") -- incorrectly named as "Caesars Entertainment Corporation dba Color-A Salon By Michael Boychuck" -- by and through their designated counsel of record, that this case and each and every cause of action be dismissed in its entirety against Defendant, with prejudice,

///

///

///

///

///

///

Firmwide:124179522.1 013234.2440

with each party to bear its own attorneys' fees and costs.

Dated:  November 15, 2013                                    November 15, 2013


  /s/                                                                                /s/
JAMES J. LEE, ESQ.                                        SUSAN HEANEY HILDEN, ESQ.
JOHN PETER LEE, LTD.                                   LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                                        Attorneys for Defendant
CELESTE WARA                                              DESERT PALACE, INC.

**ORDER**

**IT IS SO ORDERED** this 15th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

2.

Firmwide:124179522.1 013234.2440